UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

FILED IN ~~CLERK~~
ON 1-21-2011 *gh*

No. 7:06-M-145

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) ORDER ALLOWING DISMISSAL OF |
| v. | ) CRIMINAL INFORMATION AND |
| | ) WITHDRAWAL OF ARREST WARRANT |
| STEVEN PATRICK TUCKER | ) |

Leave of court is granted for the filing of the foregoing dismissal.

1-21-2011
DATE:

*[signature]*
ROBERT B. JONES, JR.
UNITED STATES MAGISTRATE JUDGE